FILED
MAY 6 - 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GEORGE PETE EVANS,

    Petitioner,

v.

STATE OF OREGON,

    Respondent.

Civil No. 10-620-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (#25) is GRANTED.

    IT IS SO ORDERED.

    DATED this 5th day of May, 2011.

                                        ANNA J. BROWN
                                        United States District Judge

1 - ORDER -